# 15-25-00026-CV

TRIAL COURT CASE NO. _____

<table>
<tr><td>§</td><td>IN THE DISTRICT COURT</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>_____ COUNTY, TEXAS</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>JUDICIAL DISTRICT</td></tr>
</table>

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/18/2025 10:15:58 AM
CHRISTOPHER A. PRINE
Clerk

## DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed:_____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment:_____

Name of court reporter:_____

    Address of court reporter:_____

Name of attorney on appeal:_____ SB#:_____

    Attorney Address:_____

    Attorney E-Mail Address: _____

    Attorney on appeal (check applicable box):

       ☐ appointed     ☐ retained     ☐ Pro Se

Name of Appellee's Attorney:_____SB#_____

    Attorney Address:_____

    Attorney E-Mail Address:_____

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____ By:_____(clerk's initials)

3/17/2025 11:56 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-004200
Rosa Oneal

**CAUSE NO. D-1-GN-23-004200**

| | | |
|---|---|---|
| DR. ERIC VANDERWERFF, D.C., | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| V. | § | |
| | § | |
| TEXAS DEPARTMENT OF INSURANCE- | § | |
| DIVISION OF WORKERS' COMPENSATION, | § | TRAVIS COUNTY, TEXAS |
| DWC, and DWC COMMISSIONER JEFF NELSON | § | |
| in his official capacity, | § | |
| DEFENDANTS | § | 455th JUDICIAL DISTRICT |

**PLAINTIFF'S NOTICE OF APPEAL**

TO THE HONORABLE JUDGE OF THE COURT:

1.      Plaintiff, DR. ERIC VANDERWERFF, D.C., files this Notice of Appeal based on the final judgment on the signed on January 10, 2023.

2.     State Defendants, DWC Defendants, are the Texas Department of Insurance, Division of Workers' Compensation, DWC, and Commissioner Jeff Nelson, in his official capacity.

3.     Plaintiff appeals to the Fifteenth Court of Appeals in Austin, Texas.

4.     Plaintiff requests the District Clerk prepare a complete record of this matter.   Defendant does not believe a Reporter's Record transcription record is necessary without any testimony taken and summary rulings made.

Respectfully submitted,

/s/Brad McClellan
Bradley Dean McClellan
State Bar No. 13395980
Brad.McClellan@yahoo.com
Board Certified Workers' Compensation Law,
Texas Board of Legal Specialization
Law Office of Brad McClellan

2904 Bowman Avenue
Austin, Texas 78703
512-694-8843 (cell)
512-564-4284 fax
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing  and attached has been served on the below through their counsel of record by the method indicated below on March 17, 2025.

Lauren McGee
Assistant Attorney General
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-3203
Lauren.mcgee@oag.texas.gov
Attorney for Defendants

/s/ Brad McClellan
Bradley Dean McClellan

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bradley McClellan on behalf of Bradley McClellan
Bar No. 13395980
brad.mcclellan@yahoo.com
Envelope ID: 98559730
Filing Code Description: Notice of Appeal
Filing Description: PLAINTIFF'S NOTICE OF APPEAL
Status as of 3/18/2025 10:02 AM CST

Associated Case Party: ERIC VANDERWERFF

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bradley McClellan | 13395980 | brad.mcclellan@yahoo.com | 3/17/2025 11:56:33 PM | SENT |

Associated Case Party: TEXAS DEPARTMENT OF INSURANCE- DIVISION OF WORKERS' COMPENSATION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lauren McGee | | lauren.mcgee@oag.texas.gov | 3/17/2025 11:56:33 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 3/17/2025 11:56:33 PM | SENT |